**Appeal Dismissed and Memorandum Opinion filed April 16, 2026.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-26-00016-CV

---

**WITH STRENGTH WE LEAD 2018, LLC, Appellant**

**V.**

**CHARLES NITSCHE, Appellee**

---

**On Appeal from the 423rd District Court**
**Bastrop County, Texas**
**Trial Court Cause No. 423-10487**

---

### MEMORANDUM OPINION

The notice of appeal in this case was filed on December 29, 2025. No clerk's record has been filed. The clerk responsible for preparing the record notified this Court that as of February 18, 2026, the appellant had not filed a designation of clerk's record or made arrangements to pay for the record.

That same day, notice was sent to appellant of the Court's intention to dismiss the appeal for want of prosecution unless appellant paid or made

arrangements to pay for the record and provided this Court with proof of payment by March 2, 2026.  *See* Tex. R. App. P. 37.3(b).  Appellant then filed a motion for extension of time, requesting an additional 30 days to request and make arrangements to pay for the clerk's record.  This Court granted the motion and notified appellant that if the clerk's record is not filed by April 2, 2026, the appeal was subject to dismissal for want of prosecution without further notice.  *Id.*

The clerk's record has not been filed and appellant has not demonstrated proof of payment for the record.  Accordingly, we dismiss the appeal.


PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.